**Order entered November 20, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00441-CR

### CHRISTOPHER M. DUNLOP, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 296th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 296-82462-2012

## ORDER

The Court **REINSTATES** the appeal.

On October 24, 2014, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On November 19, 2014, we received the reporter's record. Therefore, in the interest of expediting the appeal, we **VACATE** the October 24, 2014 order to the extent it requires findings.

Appellant's brief is due within thirty days of the date of this order.

The October 24, 2014 order also required the trial court to prepare and file a certification of appellant's right to appeal. To date, we have not received the certification, which is required in every case in which the defendant appeals. *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013).

Accordingly, we **ORDER** the trial court to prepare and file, within **FIFTEEN DAYS** of the date of this order, a certification of appellant's right to appeal that accurately reflects the trial court proceedings.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable John Roach, Jr., Presiding Judge, 296th Judicial District Court; the Collin County District Clerk; and to counsel for all parties.

/s/     LANA MYERS
           JUSTICE